**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Joshua L. Folkers

                                                      Plaintiff,

v.                                                                       Case No.: 1:10–cv–04981
                                                                      Honorable Marvin E. Aspen

Experian Information Solutions, Inc., et al.

                                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 26, 2011:

      MINUTE entry before Honorable Marvin E. Aspen: Pursuant to Stipulation of Dismissal filed on 7/19/11 (61), plaintiff's cause against defendant Trans Union, LLC only is dismissed with prejudice, with each party to bear its own costs and attorneys' fees. Trans Union LLC. terminated.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.